No. 90–7152. PINTO VELASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7214. JORDAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7219. WILLIAMS v. WEST VIRGINIA. Cir. Ct. Greenbrier County, W. Va. Certiorari denied.

No. 90–7232. DEAN v. KAISER, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 90–7233. FLEMING v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 90–7243. BETTS v. ALLIED CEMENTING CO., INC., ET AL.; and BETTS v. AGRI TECH SERVICES, INC. C. A. 10th Cir. Certiorari denied.

No. 90–7245. WILLIAMS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 90–7248. OLIM v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 90–7249. COOPER v. HESS ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–7252. TERROVONA v. KINCHELOE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 90–7253. SERNA ET AL. v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–7254. KUKES v. RAMSEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7256. SCHELTZER v. WORKERS' COMPENSATION BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 90–7268. CORRELL v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7281. KINNELL v. MILLER, CHIEF JUSTICE, SUPREME COURT OF KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.